UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20535-LENARD/GOODMAN

JOSE MENDEZ,

    Plaintiff,

v.

PRESTIGE TRANSPORTATION
SERVICE, LLC, and
RICARDO HERNANDEZ,

    Defendants.
_____/

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE comes before the Court upon Plaintiff's Motion to Enforce Settlement Agreement.

Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:

1. Plaintiff's Motion to Enforce Settlement Agreement (DE 53) be, and the same is, hereby GRANTED,

2. Final Judgment will be entered against Defendants by separate order of the Court;

3. Plaintiff is awarded the reasonable attorneys fees and costs incurred in obtaining enforcement of the Agreement and collection of the Settlement Funds.

4. [handwritten] Plaintiff shall submit their proposed Judgment with an affidavit of monies owed.

DONE and ORDERED in Chambers, Miami, Florida, this 12 day of March, 2018.

[signature]
JOAN A. LENARD
UNITED STATES DISTRICT COURT JUDGE

cc: All counsel of record.